IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


UNITED STATES OF AMERICA,

           Plaintiff,


           vs.                              Case No. 15-60103-JTM


ALLEN JOHN FOOS,

           Defendant.



MEMORANDUM AND ORDER


This matter is before the court on defendant's Motion for Modification of Term of Supervised Release. Foos asks the court for a modification which would permit him to work outside the State of Kansas. The court has reviewed the circumstances of the case, and finds that the modification is unjustified, given the defendant's repeated failures to comply with the reasonable requirements and conditions of the United States Probation Office.

IT IS ACCORDINGLY ORDERED this 18th day of February, 2016, that the defendant's Motion to Modify (Dkt. 2) is hereby denied.


                                  ____s/ J. Thomas Marten_____
                                  J. THOMAS MARTEN, JUDGE

.